UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMA SHARI,<br><br>        Plaintiff,<br><br>    v.<br><br>BANK OF AMERICA,<br><br>        Defendant. | Case No. 24-cv-02318-AMO<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 1 |

On April 18, 2024, Plaintiff Homa Shari filed a Complaint against Defendant Bank of America. Rule 4(c) of the Federal Rules of Civil Procedure ("Rules" or, individually, "Rule") provides that the "plaintiff is responsible for having the summons and complaint served within the time allowed by Rule 4(m) and must furnish the necessary copies to the person who makes service." Rule 4(m) provides that if "a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time."

The Complaint was filed over 90 days prior to the date of this Order. As of the date of this Order, Shari has not filed proof of service of process upon Defendant. Shari is therefore **ORDERED** to show good cause why the Court should not dismiss this action pursuant to Rule 4(m) for failure to timely serve Defendant. Shari **SHALL FILE** a written response to this Order no later than November 20, 2024. Failure to respond to this Order will result in dismissal of this case. Additionally, the case management conference set for December 19, 2024, is hereby **VACATED**.

Resources are available for parties who are representing themselves in the Northern District of California. The Court encourages all self-represented litigants to consult with the

Federal Pro Bono Project (sometimes also called the Legal Help Center), though this is optional. To schedule an appointment with the Legal Help Center, email fedpro@sfbar.org or call (415) 782-8982.  The Northern District of California website also has various resources available, including a Pro Se Handbook about how to represent oneself in court.  These resources are available online at: https://www.cand.uscourts.gov/pro-se-litigants/.

**IT IS SO ORDERED.**

Dated:  November 6, 2024

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**