UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMA SHARI,<br><br>        Plaintiff,<br><br>    v.<br><br>BANK OF AMERICA,<br><br>        Defendant. | Case No. 24-cv-02318-AMO<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

On November 6, 2024, the Court ordered Plaintiff Homa Shari to show cause why the action should not be dismissed for failure to timely serve Defendant Bank of America. ECF 4. The Order advised Shari that resources are available for self-represented plaintiffs, and included the email address and phone number for the Federal Pro Bono Project, as well as a link to the Court's resources for pro se litigants. On November 21, 2024, Shari subsequently submitted a "Certificate of Service" which evidences service of the Civil Cover Sheet.[1] ECF 5.

However, Federal Rule of Civil Procedure 4(c) provides that the "plaintiff is responsible for having the summons and complaint served within the time allowed by Rule 4(m) and must furnish the necessary copies to the person who makes service." Accordingly, on February 18, 2025, the Court ordered Shari to submit proof of service, no later than April 4, 2025, indicating the required documents had been served on Defendant, instructing Shari of the need to serve the complaint, summons, order setting the initial case management conference and ADR deadlines,

---

[1] Shari also filed a "Motion to Expedite," in which Shari asks the Court to "expedite the court date." ECF 7 (internal quotation marks omitted). Because the only hearing in this matter – the initial case management conference – was vacated in the Court's order to show cause (ECF 4), there is no court date that could be expedited, and consequently the Court **DENIES AS MOOT** Shari's motion.

1 and the standing orders of this Court. ECF 11 at 1. The Court noted that if service was not
2 properly effected by April 4, 2025, the complaint would be dismissed without prejudice. *Id.* at 1.
3 The Order again reminded Shari of the resources available for pro se litigants and identified the
4 particular section of the Pro Se Handbook that explains the rules for serving defendants in a
5 lawsuit. *Id.* at 1-2.

6 As of the date of this Order, no proof of service has been submitted, nor has a summons
7 been requested. Shari has therefore not yet effectuated service on Defendant nor has Shari
8 complied with the Court's order instructing Shari to effectuate service and file proof of service
9 prior to April 4, 2025. The Court therefore **DISMISSES** Shari's case **WITHOUT PREJUDICE**
10 for failure to serve Defendant pursuant to Federal Rule of Civil Procedure 4(m).

**IT IS SO ORDERED.**

Dated: May 8, 2025

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**

2