UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMA SHARI,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BANK OF AMERICA,<br><br>　　　　　Defendant. | Case No.  25-cv-04946-LJC<br>*Also filed in Case No. 24-cv-02318-AMO*<br><br>**SUA SPONTE REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |

Pursuant to Civil Local Rule 3-12(c), case number 25-cv-04946 is hereby REFERRED to the Honorable Araceli Martínez-Olguín to determine whether it is related to case number 24-cv-02318, which involved the same parties and appears to have concerned the same dispute.  Plaintiff Homa Shari, pro se, may file a response in opposition to or support of finding the cases related no later than July 28, 2025.  *See* Civ. L.R. 3-12(c), 3-12(e); 7-11(b).

The undersigned magistrate judge is separately issuing a report and recommendation for dismissal due to lack of subject matter jurisdiction.  If Judge Martínez-Olguín determines that the cases are not related, this case will be reassigned to a randomly selected district judge for all further proceedings, including action on that recommendation.

**IT IS SO ORDERED.**

Dated: July 14, 2026

_____
LISA J. CISNEROS
United States Magistrate Judge